UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

GABRIEL LOPEZ,

Defendant.

Case No. 3:18-cr-00581-CRB-2

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released from the custody of the United States Marshal based on a sentence of time served.

**IT IS SO ORDERED.**

Dated: September 23, 2026

CHARLES R. BREYER
United States District Judge