# UNITED STATES DISTRICT COURT
## Northern District of California

**UNITED STATES OF AMERICA**

**v.**

Gabriel Lopez

) **JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
)
) USDC Case Number: CR-18-00581-002 CRB
) BOP Case Number: DCAN318CR00581-002
) USM Number: 25360-111
) Defendant's Attorney: Samantha Jaffe (AFPD)

**THE DEFENDANT:**

☑ On September 23, 2026, Ms. Lopez admitted to Charge(s): One and Two of the Petition for Warrant filed on January 17, 2024.

☐ was found in violation of Charge(s): __________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Shall notify the probation officer at least 10 days prior to any change in residence | January 17, 2024 |
| Two | Report to probation office as directed | January 5, 2024. |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge ______ is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: N/A

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
San Francisco, California

9/23/2026
Date of Imposition of Judgment

Signature of Judge
The Honorable Charles R. Breyer
Senior United States District Judge
Name & Title of Judge

Date. September 29, 2026
Date Signed

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Time Served, no supervised release to follow

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ am ☐ pm on ____________ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at __________ ☐ am ☐ pm on ____________ (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________________ to ________________________________________ at
________________________________________ , with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By ________________________________________
DEPUTY UNITED STATES MARSHAL